UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID M. SCHLACHTER and LAW OFFICES OF DAVID M. SCHLACHTER, LLC,

                     Plaintiffs,

v.

MICROSOFT CORPORATION,

                     Defendant.

Case No. 23-cv-05331-KMK

**STIPULATION AND PROPOSED ORDER EXTENDING MICROSOFT CORPORATION'S TIME TO RESPOND TO COMPLAINT**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time within which Microsoft Corporation may file an answer, move, or otherwise respond to the complaint filed by David M. Schlachter and Law Offices of David M. Schlachter ("Plaintiffs") is hereby extended up to and including July 24, 2023. It is further agreed that Plaintiffs shall have up to and including July 24, 2023 to move to remand.

There has been no previous request for an extension of time in connection with this matter.

Dated: June 28, 2023

| | |
|---|---|
| **LAW OFFICES OF DAVID M. SCHLACHTER LLC** | **FOX ROTHSCHILD LLP** |
| By: */s/ David Schlachter* | By: */s/ Michael Lieberman* |
| David M. Schlachter, Esq. | Michael Lieberman, Esquire |
| 8 Carefree Lane | 101 Park Avenue, 17th Floor |
| Suffern, New York 10901 | New York, NY 10178 |
| (845) 200-2001 | (646) 601-7640 – direct |
| | mlieberman@foxrothschild.com |
| *Attorney for Plaintiffs David M. Schlachter and Law Offices of David M. Schlachter LLC* | *Attorneys for Defendant Microsoft Corporation* |

*SO ORDERED:*

_____
HON. KENNETH M. KARAS