UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID M. SCHLACHTER and LAW OFFICES OF DAVID M. SCHLACHTER, LLC, | Case No. 23-cv-05331-KMK |
| Plaintiffs, | **DISMISSAL OF CASE** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

      **IT IS HEREBY MOVED and** agreed by Plaintiff that this matter be dismissed with prejudice.

Dated: August 31, 2023

**LAW OFFICES OF DAVID M. SCHLACHTER LLC**

By: _David M. Schlachter_ (signature)
_____
David M. Schlachter, Esq.
8 Carefree Lane
Suffern, New York 10901
(845) 200-2001

*Attorney for Plaintiffs David M. Schlachter and Law Offices of David M. Schlachter LLC*

*SO ORDERED:*

_____
HON. KENNETH M. KARAS