**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAVID M. SCHLACHTER and LAW
OFFICES OF DAVID M. SCHLACHTER,
LLC,

                        Plaintiffs,

       v.

MICROSOFT CORPORATION,

                      Defendant.

Case No. 23-cv-05331-KMK

**DISMISSAL OF CASE**

         **IT IS HEREBY MOVED and** agreed by Plaintiff that this matter be dismissed with prejudice.

Dated: August 31, 2023

**LAW OFFICES OF DAVID M.**
**SCHLACHTER LLC**

By: _____
David M. Schlachter, Esq.
8 Carefree Lane
Suffern, New York 10901
(845) 200-2001

*Attorney for Plaintiffs David M. Schlachter and*
*Law Offices of David M. Schlachter LLC*

*SO ORDERED:*

_____
HON. KENNETH M. KARAS