UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID M. SCHLACHTER and LAW OFFICES OF DAVID M. SCHLACHTER, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 23-cv-05331-KMK<br><br>**DISMISSAL OF CASE** |

**IT IS HEREBY MOVED and** agreed by Plaintiff that this matter be dismissed with prejudice.

Dated: August 31, 2023

**LAW OFFICES OF DAVID M. SCHLACHTER LLC**

*/s/ David M. Schlachter*

By: _____
David M. Schlachter, Esq.
8 Carefree Lane
Suffern, New York 10901
(845) 200-2001

*Attorney for Plaintiffs David M. Schlachter and Law Offices of David M. Schlachter LLC*

SO ORDERED:

_____
HON. KENNETH M. KARAS
9/12/23